**UPPER MORELAND TOWNSHIP,**
Petitioner

v.

**7 ELEVEN, INC., Respondent**

**No. 339 MAL 2017**

Supreme Court of Pennsylvania.

August 9, 2017

## ORDER

PER CURIAM

**AND NOW,** this 9th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**

**IN the INTEREST OF:**
**H.A.Y., a Minor**

Petition of: S.R.Y., Father

In the Interest of: S.R.Y., Jr., a Minor

Petition of: S.R.Y., Father

**No. 413 MAL 2017**
**No. 414 MAL 2017**

Supreme Court of Pennsylvania.

August 9, 2017

## ORDER

PER CURIAM

. **AND NOW,** this 9th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Mark BROWN, Petitioner**

**No. 146 EAL 2017**

Supreme Court of Pennsylvania.

August 10, 2017

## ORDER

PER CURIAM

**AND NOW,** this 10th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**